IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Cheryl Garrett, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Dr. Joshua Axe, Ancient Brands, LLC, ) <br> a Florida Limited Liability Company, ) <br> d/b/a Ancient Nutrition Holdings, LLC, ) <br> a Florida Limited Liability Company, and ) <br> Axe Products, a Tennessee Company ) <br> ) <br> Defendants. ) | Case No.: 1:19-cv-749 <br><br> IL State Case No.: 2019 L 000001 |

**NOTICE OF REMOVAL**

NOW COME the Defendants, Dr. Joshua Axe, Ancient Brand Holdings, LLC, a Delaware Corporation, and Ancient Brands, LLC, a Florida Limited Liability Company (improperly named as Ancient Nutrition Holdings, LLC, a Florida Limited Liability Company, and Axe Products, a Tennessee Company) (herein after "Defendants"), by their attorneys, PATTON & RYAN LLC, and pursuant to 28 U.S.C § 1446, hereby petition this Court for removal based on 28 U.S.C §§1332 and 1446. In support of this Notice, Defendants respectfully state as follows:

**Introduction**

1. On or about January 8, 2019, an action between the above-named parties was filed in the Circuit Court of Cook County, Illinois. The Complaint is attached hereto as **Exhibit "A."**

**Basis for Removal**

2. Under the general diversity statute, a corporation is deemed to be a citizen of any state in which it has been incorporated and of the state in which it has its principle place of business. See 28 U.S.C. §1332(c)(1).

3. Defendant, Dr. Joshua Axe, is a resident and citizen of the State of Tennessee.

4. Defendant, Ancient Brand Holdings, LLC, is a foreign corporation, organized under the laws of Delaware, with its primary place of business in Tennessee.

5. Defendant, Ancient Brands, LLC, is a foreign corporation organized under the laws of Florida, with its principle place of business located in the State of Tennessee.

6. Plaintiff, Cheryl Garrett, at all relevant times, was and is a resident and citizen of the State of Illinois.

7. In accordance with Illinois Code of Civil Procedure, Plaintiff is not required to specifically quantify the amount of damages sought in the Complaint.

8. The Defendants have a good faith belief that the Action exceeds $75,000.00 given the permanent injuries and damages alleged by the Plaintiff, excluding interest, costs, and attorney fees as Plaintiff alleges severe and permanent injuries including skin rashes, skin discoloration, feet aching from pain, trouble walking, swelling under the knuckles on her right hand, swelling of her feet, swelling of her lips, bumps on her feet, coughing up thick yellow sputum on a consistent basis, and an inability to work.

9. Because the Action is between citizens of different states and because the Action exceeds $75,000, this Court has original jurisdiction under 28 U.S.C. §1332.

10. Because this Court has original jurisdiction, this matter is properly removed pursuant to 28 U.S.C. §1441.

11. Venue for Removal is proper in the Northern District of Illinois, Eastern Division, because this District embraces the place where the removed action was originally filed per 28 U.S.C. §1441.

WHEREFORE, Defendants, Dr. Joshua Axe, Ancient Brand Holdings, LLC, a Delaware Corporation, and Ancient Brands, LLC, a Florida Limited Liability Company (improperly named as Ancient Nutrition Holdings, LLC, a Florida Limited Liability Company, and Axe Products, a Tennessee Company), respectfully request that this matter be removed from the Cook County Circuit Court, State of Illinois, to the United States District Court, Northern District of Illinois, Eastern Division.

Dated:   February 6, 2019             Respectfully submitted,

**PATTON & RYAN LLC**

By:   */s/ James A. Garfield*
      James A. Garfield

John W. Patton, Jr.
Cara M. Rafanelli
James A. Garfield
PATTON & RYAN LLC
330 North Wabash Avenue, Suite 3800
Chicago, Illinois 60611
Phone: (312) 261-5160
Fax: (312) 261-5161
JGarfield@pattonryan.com